# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON LORENZO MOORE,<br><br>                Petitioner,<br><br>      v.<br><br>DEBBIE ASUNCION, Warden,<br><br>                Respondent. | Case No. EDCV 18-0092-PA (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

      Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation.

      Accordingly, IT IS ORDERED THAT:

      1.     The Report and Recommendation is approved and accepted;

      2.     Judgment be entered denying the Petition and dismissing this action with prejudice; and

///

///

///

3. The Clerk serve copies of this Order on the parties.

DATED: March 27, 2020       _____
                            PERCY ANDERSON
                            UNITED STATES DISTRICT JUDGE