# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON LORENZO MOORE, | Case No. EDCV 18-0092-PA (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DEBBIE ASUNCION, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 27, 2020

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE